UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ADAM COREY,

      Plaintiff,

  - against -          07 Civ. 8018 (RJH)

YORK SEVENTY FOUR, LLC, a New York  STIPULATION AND ORDER
Limited Liability Company, and STEVEN
HEIBERGER,

      Defendants.
---------------------------------------------------------------x

It is hereby stipulated and agreed, by and between the undersigned counsel for the parties, that the time for defendants York Seventy Four, LLC, a New York Limited Liability Company, and Steven Heiberger (collectively, "Defendants") to answer or move against the complaint is extended until, and including, November 26, 2007.

Dated: New York, New York
   October 23, 2007

QUINN EMANUEL URQUHART    COHEN & GRESSER LLP
OLIVER & HEDGES, LLP

By: _____    By: _____
Kevin S. Reed (KR 5986)      Karen H. Bromberg (KB 2153)
51 Madison Avenue, 22nd Floor    100 Park Avenue, 23rd Floor
New York, New York 10010     New York, New York 10017
Telephone: (212) 849-7000     Telephone: (212) 957-7600

*Attorneys for Plaintiff Adam Corey*   *Attorneys for Defendants York Seventy Four LLC, a New York Limited Liability Company, and Steven Heiberger*

IT IS SO ORDERED:

_____    Dated:
Hon. Richard J. Holwell

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07