ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM COREY,<br><br>Plaintiff,<br><br>vs.<br><br>YORK SEVENTY FOUR, LLC, a New York Limited Liability Company, and STEVEN HEIBERGER<br><br>Defendants. | Case No. 2007 CIV 08018(RJH)<br><br>NOTICE OF MOTION FOR THE ADMISSION *PRO HAC VICE* OF AARON B. CRAIG. |

PLEASE TAKE NOTICE that upon the attached Declaration of Kevin Reed dated October 30, 2007, and the exhibits annexed hereto, and the Declaration of Aaron B. Craig dated October 30, 2007, in support of this motion, Plaintiff Adam Corey, hereby moves the Court, pursuant to Rule 1.3(c) of this Court's Local Rules, for an Order allowing the admission *pro hac vice* of Aaron B. Craig, of counsel of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017, telephone (213) 443-3000, to represent Adam Corey in this case in whole or in part as counsel.

A proposed Order admitting Aaron B. Craig is attached hereto as Exhibit A.

DATED: New York, New York
~~October~~ ____, 2007
November

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Kevin Reed

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Attorneys for Plaintiff Adam Corey

18283/2267853.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM COREY,<br><br>      Plaintiff,<br><br>vs.<br><br>YORK SEVENTY FOUR, LLC, a New York Limited Liability Company, and STEVEN HEIBERGER<br><br>      Defendants. | Case No. 2007 CIV 08018(RJH)<br><br>**DECLARATION OF KEVIN REED IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF AARON B. CRAIG.** |

      KEVIN REED, under penalty of perjury, declares as follows pursuant to 28 U.S.C. § 1746:

      1.    I am a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Plaintiff Adam Corey. I make this declaration in support of Plaintiffs motion to allow Aaron B. Craig, an Attorney, associated with Quinn Emanuel Urquhart Oliver & Hedges, LLP, to appear in this matter *pro hac vice*.

      2.    I am a member in good standing of the Bar of the State of New York.

      3.    Aaron B. Craig is a member in good standing in the Bar of the State of California. A Certificate of Good Standing confirming his status in California is attached hereto

2

as Exhibit A. Mr. Craig has performed extensive legal work for Adam Corey related to the subject matter of this action and will meaningfully participate in the prosecution of this action.

Therefore, I respectfully request that Aaron B. Craig be permitted to appear *pro hac vice* in this action.

Dated: New York, New York
~~October~~ ____, 2007
November 7, 2007

_____
Kevin Reed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM COREY,<br><br>      Plaintiff,<br><br>vs.<br><br>YORK SEVENTY FOUR, LLC, a New York Limited Liability Company, and STEVEN HEIBERGER<br><br>      Defendants. | Case No. 2007 CIV 08018(RJH)<br><br>**DECLARATION OF AARON B. CRAIG IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*.** |

      I, AARON B. CRAIG, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am an attorney licensed to practice law in the State of California. I am of counsel with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP in Los Angeles, California. I am fully familiar with the facts contained herein based upon my personal knowledge. I make this declaration in support of my application to be admitted *pro hac vice* in the captioned matter.

    2.    I am a member of the bar of the State of California.

    3.    I am a member in good standing in all jurisdictions where I have been admitted to practice.

    4.    I have never been held in contempt, nor have I been the subject of any disciplinary action by any court.

    5.    I have reviewed and am familiar with the Local Rules of the United States District Court for the District of New York.

6.   Based upon the foregoing, I respectfully request that I be admitted *pro hac vice* in the above matter.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.


Dated: Los Angeles, California
       October 30, 2007

_____
Aaron B. Craig



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

October 24, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, AARON BENNETT CRAIG, #204741 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1999; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

State of California County of
  SAN FRANCISCO
Subscribed and sworn to (or affirmed)
Before me on this 24th day of OCTOBER, 2007, by
  KATH LAMBERT
personally known to me ~~or proved to me on the basis of satisfactory evidence~~ to be the person(s) who appeared before me.
Signature  Kathleen C. McConnell
(Seal)

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

KATHLEEN C. MC CONNELL
Commission # 1671404
Notary Public - California
San Francisco County
My Comm. Expires May 30, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM COREY,<br><br>        Plaintiff,<br><br>vs.<br><br>YORK SEVENTY FOUR, LLC, a New York Limited Liability Company, and STEVEN HEIBERGER<br><br>        Defendants. | Case No. 2007 CIV 08018(RJH)<br><br>**PROPOSED ORDER ADMITTING AARON B. CRAIG *PRO HAC VICE*.** |

       This matter having been presented to the Court, and upon reading and filing the Declaration of Kevin Reed, dated October 30, 2007 and the Declaration of Aaron B. Craig, dated October 30, 2007 and the exhibits annexed thereto, it is hereby

       ORDERED, that Aaron B. Craig be and hereby is admitted to appear before this Court on behalf of Adam Corey, on a *pro hac vice* basis, to argue or try this particular case in whole or in part as counsel or advocate.

Dated:_____

SO ORDERED:                        _____
                                             U.S.D.J.

## CERTIFICATE OF SERVICE

The undersigned certifies the following documents that I caused to be served by First Class Mail on November 7, 2007 a true and correct copy of **1) Notice of Motion to Admit Aaron Craig pro hac vice, 2) Declaration of Kevin S. Reed 3) Declaration of Aaron Craig 4) Certificate of Good Standing 5) Aaron Craig ECF registration form** on the attorneys for the parties listed below as follows:

> Karen H. Bromberg
> Cohen & Gresser LLP
> 100 Park Avenue
> New York, New York 10017
> 212 957 7604 phone
> 212 957 4514 fax

Dated November 7, 2007

_____
Carolann Scott

09459/2100251.1    []