# COHEN & GRESSER LLP

100 Park Avenue
New York, New York 10017
212 957 7600 phone
212 957 4514 fax
www.cohengresser.com

Harvey B. Silikovitz
212 957 7068
hsilikovitz@cohengresser.com



December 4, 2007

VIA FACSIMILE

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

Re: Adam Corey v. York Seventy Four, LLC, a New York Limited Liability Company, et al., No. 07 CV 8018 (RJH)

Dear Judge Holwell:

We represent defendants in the above-entitled action, in which a scheduling conference has been scheduled for December 7, 2007. The parties jointly wish to advise the Court that they have been discussing a settlement. A draft settlement agreement has been circulated, and the parties are currently reviewing its terms. At the suggestion of Your Honor's courtroom deputy, William Donald, we are writing to request that, in order to permit the parties to continue to pursue settlement, the scheduling conference be adjourned to January 3, 2008 at 10:00 a.m.

SO ORDERED

[signature]
USDJ
12/5/07

Respectfully submitted,

[signature]

Harvey B. Silikovitz (HS 5964)

*Attorneys for Defendants York Seventy Four, LLC and Steven Heiberger*

cc: Aaron Craig, Esq. (via email)
Quinn Emanuel Urquhart Oliver & Hedges, LLP

*Attorneys for Plaintiff Adam Corey*

{1264-001/00022729.DOCv}