**COHEN & GRESSER LLP**

100 Park Avenue
New York, New York 10017
212 957 7600 phone
212 957 4514 fax
www.cohengresser.com

Harvey B. Silikovitz
212 957 7068
hsilikovitz@cohengresser.com

USDC SDNY
DOCUMENT
ELECTRONICALLY F..
DOC #: _____
DATE FILED: 1/8/08

January 2, 2008



VIA FACSIMILE

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

> Re: Adam Corey v. York Seventy Four, LLC, a New York Limited Liability
> Company, et al., No. 07 CV 8018 (RJH)

Dear Judge Holwell:

We represent defendants in the above-entitled action, in which a scheduling conference has been scheduled for January 3, 2008. The parties jointly wish to advise the Court that they have been continuing to discuss the terms of a settlement. At the suggestion of Your Honor's courtroom deputy, William Donald, we are writing to request that, in order to permit the parties to continue to pursue settlement, the scheduling conference be adjourned to February 1, 2008 at 10:00 a.m.

So ORDERED

[signature]
USDJ
1/7/08

Respectfully submitted,

[signature]
Harvey B. Silikovitz (HS 5904)

*Attorneys for Defendants York Seventy Four,
LLC and Steven Heiberger*

NEXT PTC  2/1/08 at 10:00 am

cc: Aaron Craig, Esq. (via email)
Quinn Emanuel Urquhart Oliver & Hedges, LLP

*Attorneys for Plaintiff Adam Corey*

{1264-001/00023788 DOCv}