UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM COREY,

    Plaintiff,

vs.

YORK SEVENTY FOUR, LLC, a New York Limited Liability Company, and STEVEN HEIBERGER

    Defendants.

Case No. 2007 CIV 08018(RJH)

~~PROPOSED~~ ORDER ADMITTING AARON B. CRAIG *PRO HAC VICE*.

This matter having been presented to the Court, and upon reading and filing the Declaration of Kevin Reed, dated October 30, 2007 and the Declaration of Aaron B. Craig, dated October 30, 2007 and the exhibits annexed thereto, it is hereby

ORDERED, that Aaron B. Craig be and hereby is admitted to appear before this Court on behalf of Adam Corey, on a *pro hac vice* basis, to argue or try this particular case in whole or in part as counsel or advocate.

Dated: Fl. 14

SO ORDERED: _____
               U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

18283/2267854.1