**COHEN & GRESSER LLP**

100 Park Avenue
New York, New York 10017
212 957 7600 phone
212 957 4514 fax
www.cohengresser.com



February 13, 2008

VIA FACSIMILE

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

    Re: Adam Corey v. York Seventy Four, LLC, a New York Limited Liability Company, *et al.*, No. 07 CV 8018 (RJH)

Dear Judge Holwell:

    We represent defendants in the above-entitled action, in which a case management conference has been scheduled for February 15, 2008. The parties jointly wish to advise the Court that they have been continuing to discuss the terms of a settlement. In addition, plaintiff's counsel is unavailable to attend on February 15. At the suggestion of Your Honor's law clerk, Christopher Deal, we are writing to state that the parties mutually request that, in order to permit them to continue to pursue settlement, the scheduling conference be adjourned to March 7, 2008 at 10:00 a.m.

SO ORDERED
[signature]
USDJ
2/14/08

Respectfully submitted,

[signature]

Harvey B. Silikovitz (HS 5904)

*Attorneys for Defendants York Seventy Four, LLC and Steven Heiberger*

cc:    Aaron Craig, Esq. (via email)
       Quinn Emanuel Urquhart Oliver & Hedges, LLP

       *Attorneys for Plaintiff Adam Corey*

{1264-001/00025836.DOCv}