UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

ADAM COREY,

                Plaintiff,

     - against -

YORK SEVENTY FOUR, LLC, a New York
Limited Liability Company, and STEVEN
HEIBERGER,

                Defendants.

------------------------------------------------------------- x



07 Civ. 8018 (RJH)

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

**WHEREAS**, on September 12, 2007, Adam Corey ("Plaintiff") commenced the above-captioned action (the "Action") against York Seventy Four, LLC, a New York Limited Liability Company, and Steven Heiberger (collectively, "Defendants"), which is pending in this Court;

**WHEREAS**, Plaintiff and Defendants have agreed to settle and dismiss the Action;

**NOW, THEREFORE**, Plaintiff and Defendants, by their undersigned counsel, hereby stipulate and agree that the Action shall be dismissed, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure; and that each of Plaintiff and Defendants shall bear his or its own costs and expenses, including attorneys' fees.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08
```

{1264-001/00022630.DOCv2}

Dated: New York, New York
February 26, 2008

**QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP**

By: _____
Kevin S. Reed (KR 5386)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Attorneys for Plaintiff Adam Corey*

**COHEN & GRESSER LLP**

By: _____
Karen H. Bromberg (KB 2153)
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600

*Attorneys for Defendants York Seventy Four LLC, a New York Limited Liability Company, and Steven Heiberger*

**IT IS SO ORDERED:**

_____
Hon. Richard J. Holwell
3/20/08

Dated:

The Clerk is requested to close this case.